IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

GLENDA LEE DOVER ATKINSON,
Individually and as Administratrix
of the Estate of William Morris
Atkinson, Jr.                                                                                   PLAINTIFF

VS.                                         CASE NO. 05-CV-1105

DRÄGER SAFETY, INC.                                                                DEFENDANT

## ORDER

Before the Court is Plaintiff's Motion for Non-Suit of Dräger Safety, Inc. (Doc. No. 26). Plaintiff states that, with approval of the Defendant, Dräger Safety, Inc., she seeks dismissal of this action without prejudice to refile. Upon consideration, the Court finds that the motion should be and hereby is **granted**. Pursuant to Rule 41of the Federal Rules of Civil Procedure, the above styled and numbered case is hereby dismissed without prejudice.

IT IS SO ORDERED, this 12th day of January, 2007.

        /s/Harry F. Barnes
        Hon. Harry F. Barnes
        United States District Judge